[No. 6875–7–III.  Division Three.  February 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* V. PATRICK
COLLINS WIESE, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 84–1–00021–2, Larry M. Kristianson, J., entered December 3, 1984. *Affirmed* by unpublished

opinion per Green, C.J., concurred in by Munson and McInturff, JJ.